# United States Bankruptcy Court
## Middle District of Florida

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carver, Glenn P** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Carver, Patricia** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8089** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5599** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4556 Cape Sable Court**<br>**Jacksonville, FL**<br>ZIP Code **32277** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4556 Cape Sable Court**<br>**Jacksonville, FL**<br>ZIP Code **32277** |
| County of Residence or of the Principal Place of Business:<br>**Duval** | County of Residence or of the Principal Place of Business:<br>**Duval** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Carver, Glenn P**<br>**Carver, Patricia** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Brett A. Mearkle**                                    **June  5, 2008**<br>Signature of Attorney for Debtor(s)                          (Date)<br>**Brett A. Mearkle 644706** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Carver, Glenn P**
**Carver, Patricia**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Glenn P Carver**
Signature of Debtor   **Glenn P Carver**

**X** **/s/ Patricia Carver**
Signature of Joint Debtor **Patricia Carver**

Telephone Number (If not represented by attorney)

**June  5, 2008**
Date

#### Signature of Attorney*

**X** **/s/ Brett A. Mearkle**
Signature of Attorney for Debtor(s)

**Brett A. Mearkle 644706**
Printed Name of Attorney for Debtor(s)

**Mickler & Mickler**
Firm Name

**5452 Arlington Epressway**
**Jacksonivlle, FL 32211**

Address

**Email: court@planlaw.com**
**904-725-0822  Fax: 904-725-0855**
Telephone Number

**June  5, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Glenn P Carver**
      **Patricia Carver** _____    Case No. _____
                                             Debtor(s)      Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Glenn P Carver**
                             **Glenn P Carver**

Date:    **June  5, 2008**

# United States Bankruptcy Court
## Middle District of Florida

In re    **Glenn P Carver**
       **Patricia Carver** _____    Case No. _____
                                                 Debtor(s)    Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Patricia Carver**
                              **Patricia Carver**

Date:   **June 5, 2008**

# United States Bankruptcy Court
## Middle District of Florida

In re **Glenn P Carver**
    **Patricia Carver**
                                      **Debtor(s)**

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ASC P.O. Box 1225 Charlotte, NC 28201-1225 | ASC P.O. Box 1225 Charlotte, NC 28201-1225 | 1955 Ella Street Jacksonville, FL 32209 LINCOLN PLACE LOTS 23, 24 BLK 10 | | 150,000.00 (89,013.00 secured) |
| ASC P.O. Box 1225 Charlotte, NC 28201-1225 | ASC P.O. Box 1225 Charlotte, NC 28201-1225 | Insurance claim for fire at 4026 Harborview Drive, Jacksonville Florida. | Contingent | 18,000.00 (0.00 secured) |
| Aurora Loan Services 10350 Park Meadows Dr St Littleton, CO 80124 | Aurora Loan Services 10350 Park Meadows Dr St Littleton, CO 80124 | 1598 West 15th Street Jacksonville, FL 32209 GRAND BLVD LOT 10 BLK 64 | | 160,000.00 (125,334.00 secured) |
| Aurora Loan Services 10350 Park Meadows Drive Littleton, CO 80124 | Aurora Loan Services 10350 Park Meadows Drive Littleton, CO 80124 | 2306 Fairfax Street Jacksonville, FL 32209 GRAND BLVD LOT 20(EX PT R/W) BLK 74 | | 176,000.00 (146,729.00 secured) |
| Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | 1224 Bridier Street Jacksonville, FL 32206 CASTELLAWS S/D EAST GREELEYVILLE LOT 38 BLK 1 | | 76,000.00 (37,097.00 secured) |

In re   **Glenn P Carver**
      **Patricia Carver**

           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chase Home Finance<br>P.O. Box 9001871<br>Louisville, KY 40290-1871** | **Chase Home Finance<br>P.O. Box 9001871<br>Louisville, KY 40290-1871** | **2842 West 5th Street<br>Jacksonvile, FL 32254<br><br>THE STEVENAGE S/D PT NE1/4 OF SE1/4 LOTS 8,9 BLK 3** | | **60,000.00<br><br>(47,400.00 secured)** |
| **Craig Johnson<br>c/o Sidney E. Lewis, Esq.<br>300 W. Adams Street<br>Suite 300<br>Jacksonville, FL 32202** | **Craig Johnson<br>c/o Sidney E. Lewis, Esq.<br>300 W. Adams Street<br>Jacksonville, FL 32202** | **2012 Buckman Street<br>Jacksonville, FL 32206<br><br>EAST LEWISVILLE N1/2 LOT 1(EX E 20FT R/W),PT CL ALY LYING WEST THEREOF RECD ORD# FF-322 BLK 21** | **Disputed** | **65,000.00<br><br>(36,472.00 secured)** |
| **EMC Mortgage<br>P.O. Box 660753<br>Dallas, TX 75266-0753** | **EMC Mortgage<br>P.O. Box 660753<br>Dallas, TX 75266-0753** | **1955 Ella Street<br>Jacksonville, FL 32209<br><br>LINCOLN PLACE LOTS 23, 24 BLK 10** | | **25,000.00<br>(89,013.00 secured)<br>(150,000.00 senior lien)** |
| **EMC Mortgage<br>P.O. Box 660753<br>Dallas, TX 75266-0753** | **EMC Mortgage<br>P.O. Box 660753<br>Dallas, TX 75266-0753** | **1940 West 21st Street<br>Jacksonville, FL 32209<br><br>GRAND BLVD W 17FT LOT 6,E 17FT LOT 7 BLK 8** | | **64,000.00<br><br>(48,128.00 secured)** |
| **Fidelty Info Corp<br>Po Box 100<br>Pacific Palisades, CA 90272** | **Fidelty Info Corp<br>Po Box 100<br>Pacific Palisades, CA 90272** | **Collection Attorney Aggressive Lending** | **Disputed** | **15,700.00** |
| **Homecomings FInancial<br>P.O. Box 9001719<br>Louisville, KY 40290-1719** | **Homecomings FInancial<br>P.O. Box 9001719<br>Louisville, KY 40290-1719** | **2524 Holmes Street<br>Jacksonville, FL 32207<br><br>ST NICHOLAS SPRINGS LOT 6 BLK 3** | | **140,000.00<br><br>(110,493.00 secured)** |

In re    **Glenn P Carver**
       **Patricia Carver**                             Case No. _____

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Indymac Bank<br>P.O. Box 4045<br>Kalamazoo, MI 49003-4045 | Indymac Bank<br>P.O. Box 4045<br>Kalamazoo, MI 49003-4045 | 13606 Queens Harbor Drive Jacksonville, FL 32225<br><br>LOT 1 UNIT 9 QUEENS HARBOR YACHT & COUNTRY CLUB | | 500,000.00<br><br>(400,000.00 secured) |
| Internal Revenue Service<br>P O Box 21126<br>Philadelphia, PA 19114-0326 | Internal Revenue Service<br>P O Box 21126<br>Philadelphia, PA 19114-0326 | income taxes | | 23,000.00 |
| Leslie Anderson, et al<br>c/o T Martin Knopes<br>P O Box 727<br>Crestview, FL 32536 | Leslie Anderson, et al<br>c/o T Martin Knopes<br>P O Box 727<br>Crestview, FL 32536 | final judgment | Disputed | 220,000.00 |
| LVNV Funding LLC<br>P O Box 10585<br>Greenville, SC 29603-0585 | LVNV Funding LLC<br>P O Box 10585<br>Greenville, SC 29603-0585 | collection account | Disputed | 14,239.00 |
| Lvnvfundg<br>Po Box 10584<br>Greenville, SC 29603 | Lvnvfundg<br>Po Box 10584<br>Greenville, SC 29603 | | Disputed | 14,239.00 |
| Unifund CCR Partners<br>10625 Techwood Circle<br>Cincinnati, OH 45242-2846 | Unifund CCR Partners<br>10625 Techwood Circle<br>Cincinnati, OH 45242-2846 | Open Account | Disputed | 16,975.00 |
| Unifund Co<br>10751 Montgomery Road<br>Cincinnati, OH 45242 | Unifund Co<br>10751 Montgomery Road<br>Cincinnati, OH 45242 | | Disputed | 16,975.00 |
| US BANK<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | US BANK<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Credit card purchases | Disputed | 14,759.00 |
| Us Bank/Na Nd<br>4325 17th Ave S<br>Fargo, ND 58125 | Us Bank/Na Nd<br>4325 17th Ave S<br>Fargo, ND 58125 | Credit Card | Disputed | 14,758.00 |

In re  **Glenn P Carver**
     **Patricia Carver**
_____
               Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Glenn P Carver** and **Patricia Carver**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **June 5, 2008**             Signature    **/s/ Glenn P Carver** _____
                                              **Glenn P Carver**
                                              Debtor

Date   **June 5, 2008**              Signature    **/s/ Patricia Carver** _____
                                              **Patricia Carver**
                                              Joint Debtor

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Glenn P Carver,**
       **Patricia Carver**

Case No. _____

_____,

                                Debtors

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 1,935,263.00 | | |
| B - Personal Property | Yes | 5 | 49,080.13 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 2,335,352.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 23,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 391,516.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 5,923.48 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,480.00 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,984,343.13 | | |
| Total Liabilities | | | | 2,749,868.95 | |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Glenn P Carver,**
       **Patricia Carver**

                    Debtors

Case No. _____

Chapter _____ **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 23,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 23,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,923.48 |
| Average Expenses (from Schedule J, Line 18) | 6,480.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,139.40 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 428,134.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 23,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 391,516.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 819,650.95 |

In re    **Glenn P Carver,**             Case No. _____

           **Patricia Carver**

_____ ,
           Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4556 Cape Sable Court**<br>**Jacksonville, FL 32277**<br>**RESIDENCE**<br>**RIVE ST JOHNS UNIT FIVE LOT 79** | | J | 250,000.00 | 212,052.00 |
| **2811 Post Street**<br>**Jacksonville, FL 32205**<br><br>**NEW RIVERSIDE W 40FT LOTS 13, 14 BLK 15** | | W | 139,428.00 | 100,000.00 |
| **4732 Clyde Drive**<br>**Jacksonville, FL 32208**<br><br>**HARBOUR VIEW UNIT 02 LOT 9 BLK 9** | | W | 119,153.00 | 128,000.00 |
| **4026 Harbour View Drive**<br>**Jacksonville, FL 32208**<br><br>**HARBOUR VIEW UNIT 8 LOT 61 BLK 16** | | W | 165,259.00 | 168,000.00 |
| **1940 West 21st Street**<br>**Jacksonville, FL 32209**<br><br>**GRAND BLVD W 17FT LOT 6,E 17FT LOT 7 BLK 8** | | W | 48,128.00 | 64,000.00 |
| **1598 West 15th Street**<br>**Jacksonville, FL 32209**<br><br>**GRAND BLVD LOT 10 BLK 64** | | W | 125,334.00 | 160,000.00 |
| **2306 Fairfax Street**<br>**Jacksonville, FL 32209**<br><br>**GRAND BLVD LOT 20(EX PT R/W) BLK 74** | | W | 146,729.00 | 176,000.00 |

Sub-Total >      **994,031.00**      (Total of this page)

__2__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **Glenn P Carver,**                              Case No. _____

        **Patricia Carver**

_____ ,
                                   Debtors

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2842 West 5th Street**<br>**Jacksonvile, FL 32254**<br><br>**THE STEVENAGE S/D PT NE1/4 OF SE1/4 LOTS 8,9**<br>**BLK 3** | | W | 47,400.00 | 60,000.00 |
| **1955 Ella Street**<br>**Jacksonville, FL 32209**<br><br>**LINCOLN PLACE LOTS 23, 24 BLK 10** | | W | 89,013.00 | 175,000.00 |
| **2916 Dellwood Avenue**<br>**Jacksonville, FL 32205**<br><br>**PT SW1/4 OF NE1/4 RECD O/R BK 12267-845** | | W | 93,561.00 | 90,000.00 |
| **1224 Bridier Street**<br>**Jacksonville, FL 32206**<br><br>**CASTELLAWS S/D EAST GREELEYVILLE LOT 38**<br>**BLK 1** | | W | 37,097.00 | 76,000.00 |
| **2524 Holmes Street**<br>**Jacksonville, FL 32207**<br><br>**ST NICHOLAS SPRINGS LOT 6 BLK 3** | | W | 110,493.00 | 140,000.00 |
| **1508 East 15th Street**<br>**Jacksonville, FL 32206**<br><br>**THOMPSONS ASSN TO EAST SPRINGFIELD LOT 4**<br>**BLK 15** | | W | 88,568.00 | 98,000.00 |
| **1611 East 14th Street**<br>**Jacksonville, FL 32206**<br><br>**THOMPSONS ADDN TO EAST SPRINGFIELD LOT**<br>**10 BLK 16** | | W | 75,000.00 | 65,000.00 |
| **13606 Queens Harbor Drive**<br>**Jacksonville, FL 32225**<br><br>**LOT 1 UNIT 9 QUEENS HARBOR YACHT &**<br>**COUNTRY CLUB** | | J | 400,000.00 | 500,000.00 |
| | | Sub-Total > | 941,132.00 | (Total of this page) |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re    **Glenn P Carver,**                  Case No. _____

           **Patricia Carver**

_____ ,

Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **5660, 5666, 5672 Baywood Terrace**<br>**Jacksonville, FL 32211**<br><br>**LOTS 9 AND 10 REPLAT OF MERRILL HEIGHTS**<br>**PLAT BOOK 23 PAGE 26**<br><br>**PARCEL B AND A NORTHWEST QUARTER OF THE**<br>**NORTHWEST QUARTER OF SECTION 9** | | **W** | **100.00** | **100.00** |

| | | |
|---|---|---|
| Sub-Total > | **100.00** | (Total of this page) |
| Total > | **1,935,263.00** | |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Glenn P Carver,**                                    Case No. _____
               **Patricia Carver**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Compass Bank Money Market** | W | 0.86 |
| | | **Compass Bank Business Performance Money Market Account for Appraisal Associates** | W | 0.00 |
| | | **Compass Bank Compass Primary Checking** | W | 1,624.43 |
| | | **Compass Bank for Appraisal Associates** | H | 85.29 |
| | | **Wachovia Bank High Performance Money Market for Appraisal Associates** | H | 0.00 |
| | | **Compass Bank Business Checking for Alpine Contracting, LLC** | H | 0.00 |
| | | **Compass Bank Business Checking for Americas Cashcard, Inc.** | H | 0.00 |
| | | **Compass Bank Account for G&P Management, LLC** | W | 149.71 |
| | | **Compass Bank Appraisal Associates Salary Account** | J | 54.84 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **2 sofas, dinette set, dining room, bedroom set, coffee tables, tv, patio set, linens, knick knacks, kitchen appliances, and various other household goods** | J | 1,000.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various wall art and mirrors** | J | 20.00 |
| 6.   Wearing apparel. | | **clothing** | - | 100.00 |

Sub-Total >     **3,035.13**
(Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

In re    **Glenn P Carver,**                           Case No. _____

           **Patricia Carver**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **costume jewelry, wedding rings** | **-** | **2,100.00** |
| | | **Wedding ring, watch, various costume jewerly** | **J** | **300.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **38 Smith & Wesson, golf clubs, fishing and hunting gear** | **J** | **500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k)** | **W** | **200.00** |
| | | **Sears Pension Plan ($110.00 montly income)** | **H** | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Wife 100% membership interest in G & P Management, LLC (Created to recieve rent and pay mortgages on Schedule A rental properties)** | **W** | **0.00** |
| | | **Husband owner of Appraisal Associates sole proprietorship** | **H** | **3,000.00** |
| | | **Husband 90% membership interest in Alpine Contracting, LLC (no longer active)** | **H** | **0.00** |
| | | **Husband 100% sharholder of America Cashcard Inc. (disolved)** | **H** | **0.00** |
| | | **Mutual fund with Janus Funds** | **W** | **750.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

                                                 Sub-Total >       **6,850.00**
                                             (Total of this page)

Sheet   __1__   of   __4__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re     **Glenn P Carver,**                             Case No. _____

            **Patricia Carver**

                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **$3,000.00 in defaulted rent recievables** | **W** | **Unknown** |
| | | **$5000.00 aged accounts recievable from Appraisal Associates** | **H** | **500.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Insurance claim for fire at 4026 Harborview Drive, Jacksonville Florida.** | **J** | **0.00** |
| | | **12 judgments for uncollected rent (approx. amount $30,000.00)** | **W** | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

                                                  Sub-Total >        **500.00**
                                            (Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **Glenn P Carver,**                   Case No. _____
         **Patricia Carver**

                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Mercedes C230 32,000 miles** | - | **14,275.00** |
| | | **2006 Chevy Equinox 50,000 miles** | - | **10,120.00** |
| 26. Boats, motors, and accessories. | | **1996 24' Sea Ray** | W | **10,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 home office computers (6 yrs old); 2 printers, various office supplies** | J | **150.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lawn equiptment; generic furnature (couch, dresser, desk) in duplex rental properties** | J | **150.00** |
| | | **Season Tickets Jacksonville Jaguars** | J | **2,000.00** |
| | | **Jacksonville Symphony Season Tickets** | J | **1,400.00** |
| | | **FCCJ Theatre Tickets** | J | **600.00** |
| | | **Husband and Wife each 50% membership interest in Duval-Jax Properties, LLC** | J | **Unknown** |

                                                Sub-Total >      **38,695.00**
                                         (Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re   **Glenn P Carver,**                                   Case No. _____

       **Patricia Carver**

_____,

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Husband's chooses of action, at law or equity, or any kind accuring pre-petition** | **J** | **Unknown** |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |
| | Total > | **49,080.13** |

Sheet  **4**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

                                    (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Glenn P Carver,**
         **Patricia Carver**

Case No. _____

_____ ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **4556 Cape Sable Court** **Jacksonville, FL 32277** **RESIDENCE** **RIVE ST JOHNS UNIT FIVE LOT 79** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat.** **Ann. §§ 222.01, 222.02, 222.05** | **37,948.00** | **250,000.00** |
| **Household Goods and Furnishings** | | | |
| **2 sofas, dinette set, dining room, bedroom set, coffee tables, tv, patio set, linens, knick knacks, kitchen appliances, and various other household goods** | **Fla. Const. art. X, § 4(a)(2)** | **1,000.00** | **1,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Various wall art and mirrors** | **Fla. Const. art. X, § 4(a)(2)** | **20.00** | **20.00** |
| **Furs and Jewelry** | | | |
| **costume jewelry, wedding rings** | **Fla. Const. art. X, § 4(a)(2)** | **380.00** | **2,100.00** |
| **Wedding ring, watch, various costume jewerly** | **Fla. Const. art. X, § 4(a)(2)** | **300.00** | **300.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k)** | **Fla. Stat. Ann. § 222.21(2)** | **100%** | **200.00** |
| **Sears Pension Plan ($110.00 montly income)** | **Fla. Stat. Ann. § 222.21(2)** | **0.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Mercedes C230** **32,000 miles** | **Fla. Stat. Ann. § 222.25(1)** | **2,000.00** | **14,275.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **2 home office computers (6 yrs old); 2 printers, various office supplies** | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Lawn equiptment; generic furnature (couch, dresser, desk) in duplex rental properties** | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |

Total:     **42,148.00**     **268,195.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Glenn P Carver,**                            Case No. _____
      **Patricia Carver**

                                  Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **120571531** <br><br> **ASC** <br> **P.O. Box 1225** <br> **Charlotte, NC 28201-1225** | | W | **Mortgage** <br><br> **4732 Clyde Drive** <br> **Jacksonville, FL 32208** <br><br> **HARBOUR VIEW UNIT 02 LOT 9 BLK 9** | | | | | |
| | | | Value $        **119,153.00** | | | | 128,000.00 | 8,847.00 |
| Account No. **1218114103** <br><br> **ASC** <br> **P.O. Box 1225** <br> **Charlotte, NC 28201-1225** | | W | **First Mortgage** <br><br> **1955 Ella Street** <br> **Jacksonville, FL 32209** <br><br> **LINCOLN PLACE LOTS 23, 24 BLK 10** | | | | | |
| | | | Value $        **89,013.00** | | | | 150,000.00 | 60,987.00 |
| Account No. **1158044249** <br><br> **ASC** <br> **P.O. Box 1225** <br> **Charlotte, NC 28201-1225** | | W | **Mortgage** <br><br> **4026 Harbour View Drive** <br> **Jacksonville, FL 32208** <br><br> **HARBOUR VIEW UNIT 8 LOT 61 BLK 16** | | | | | |
| | | | Value $        **165,259.00** | | | | 168,000.00 | 2,741.00 |
| Account No. **1158044249** <br><br> **ASC** <br> **P.O. Box 1225** <br> **Charlotte, NC 28201-1225** | | W | **Insurance claim for fire at 4026 Harborview Drive, Jacksonville Florida.** | | X | | | |
| | | | Value $        **0.00** | | | | 18,000.00 | 18,000.00 |

  **4**   continuation sheets attached

Subtotal
(Total of this page)                **464,000.00**       **90,575.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re **Glenn P Carver,**
**Patricia Carver**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0120078571 | | | Mortgage | | | | | |
| Aurora Loan Services 10350 Park Meadows Dr St Littleton, CO 80124 | | W | 1598 West 15th Street Jacksonville, FL 32209 GRAND BLVD LOT 10 BLK 64 | | | | | |
| | | | Value $ 125,334.00 | | | | 160,000.00 | 34,666.00 |
| Account No. 0118626753 | | | Mortgage | | | | | |
| Aurora Loan Services 10350 Park Meadows Drive Littleton, CO 80124 | | W | 2306 Fairfax Street Jacksonville, FL 32209 GRAND BLVD LOT 20(EX PT R/W) BLK 74 | | | | | |
| | | | Value $ 146,729.00 | | | | 176,000.00 | 29,271.00 |
| Account No. 5481064 | | | 2007 | | | | | |
| Car Max P.O. Box 3174 Milwaukee, WI 53201-3174 | | H | 2006 Chevy Equinox 50,000 miles | | | | | |
| | | | Value $ 10,120.00 | | | | 18,900.00 | 8,780.00 |
| Account No. 1293108834 | | | First Mortgage | | | | | |
| Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | | J | 4556 Cape Sable Court Jacksonville, FL 32277 RESIDENCE RIVE ST JOHNS UNIT FIVE LOT 79 | | | | | |
| | | | Value $ 250,000.00 | | | | 135,000.00 | 0.00 |
| Account No. 1915415202 | | | Mortgage | | | | | |
| Chase Home Finance P.O. Box 9001871 Louisville, KY 40290-1871 | | W | 1224 Bridier Street Jacksonville, FL 32206 CASTELLAWS S/D EAST GREELEYVILLE LOT 38 BLK 1 | | | | | |
| | | | Value $ 37,097.00 | | | | 76,000.00 | 38,903.00 |
| Sheet __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | Subtotal (Total of this page) | | | 565,900.00 | 111,620.00 |

In re **Glenn P Carver,**        Case No. _____

      **Patricia Carver**

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1916570029** <br><br> **Chase Home Finance** <br> P.O. Box 9001871 <br> Louisville, KY 40290-1871 | | W | Mortgage <br><br> 2916 Dellwood Avenue <br> Jacksonville, FL 32205 <br><br> PT SW1/4 OF NE1/4 RECD O/R BK 12267-845 <br> Value $    93,561.00 | | | | 90,000.00 | 0.00 |
| Account No. **1916569959** <br><br> **Chase Home Finance** <br> P.O. Box 9001871 <br> Louisville, KY 40290-1871 | | W | Mortgage <br><br> 2842 West 5th Street <br> Jacksonvile, FL 32254 <br><br> THE STEVENAGE S/D PT NE1/4 OF SE1/4 LOTS 8,9 BLK 3 <br> Value $    47,400.00 | | | | 60,000.00 | 12,600.00 |
| Account No. **1916569992** <br><br> **Chase Home Finance** <br> P.O. Box 9001871 <br> Louisville, KY 40290-1871 | | W | Mortgage <br><br> 2811 Post Street <br> Jacksonville, FL 32205 <br><br> NEW RIVERSIDE W 40FT LOTS 13, 14 BLK 15 <br> Value $    139,428.00 | | | | 100,000.00 | 0.00 |
| Account No. **0024481485** <br><br> **Chase Home Finance** <br> P.O. Box 9001871 <br> Louisville, KY 40290-1871 | | W | Mortgage <br><br> 1508 East 15th Street <br> Jacksonville, FL 32206 <br><br> THOMPSONS ASSN TO EAST SPRINGFIELD LOT 4 BLK 15 <br> Value $    88,568.00 | | | | 98,000.00 | 9,432.00 |
| Account No. **4365760000347882** <br><br> **Compass Bank** <br> P.O. Box 10964 <br> Birmingham, AL 35202-0964 | | J | Second Mortgage <br><br> 4556 Cape Sable Court <br> Jacksonville, FL 32277 <br> RESIDENCE <br> RIVE ST JOHNS UNIT FIVE LOT 79 <br> Value $    250,000.00 | | | | 77,052.00 | 0.00 |

Sheet **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)      425,052.00      22,032.00

In re **Glenn P Carver,**
      **Patricia Carver**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Craig Johnson**<br>**c/o Sidney E. Lewis, Esq.**<br>**300 W. Adams Street**<br>**Suite 300**<br>**Jacksonville, FL 32202** | | W | **Assignment of Mortgage**<br><br>**2012 Buckman Street**<br>**Jacksonville, FL 32206**<br>**EAST LEWISVILLE N1/2 LOT 1(EX E 20FT R/W),PT CL ALY LYING WEST THEREOF RECD ORD# FF-322 BLK 21** | | | X | | |
| | | | Value $       36,472.00 | | | | 65,000.00 | 28,528.00 |
| Account No.<br><br>**Craig Johnson**<br>**c/o Sidney E. Lewis, Esq.**<br>**300 W. Adams Street**<br>**Suite 300**<br>**Jacksonville, FL 32202** | | J | **5660, 5666, 5672 Baywood Terrace**<br>**Jacksonville, FL 32211**<br>**LOTS 9 AND 10 REPLAT OF MERRILL HEIGHTS PLAT BOOK 23 PAGE 26 PARCEL B AND A NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 9** | | | | | |
| | | | Value $       100.00 | | | | 100.00 | 0.00 |
| Account No. 0013398292<br><br>**EMC Mortgage**<br>**P.O. Box 660753**<br>**Dallas, TX 75266-0753** | | W | **Second Mortgage**<br><br>**1955 Ella Street**<br>**Jacksonville, FL 32209**<br>**LINCOLN PLACE LOTS 23, 24 BLK 10** | | | | | |
| | | | Value $       89,013.00 | | | | 25,000.00 | 25,000.00 |
| Account No. 0113398367<br><br>**EMC Mortgage**<br>**P.O. Box 660753**<br>**Dallas, TX 75266-0753** | | W | **Mortgage**<br><br>**1940 West 21st Street**<br>**Jacksonville, FL 32209**<br>**GRAND BLVD W 17FT LOT 6,E 17FT LOT 7 BLK 8** | | | | | |
| | | | Value $       48,128.00 | | | | 64,000.00 | 15,872.00 |
| Account No. 74411506680<br><br>**Homecomings Financial**<br>**P.O. Box 9001719**<br>**Louisville, KY 40290-1719** | | W | **Mortgage**<br><br>**2524 Holmes Street**<br>**Jacksonville, FL 32207**<br>**ST NICHOLAS SPRINGS LOT 6 BLK 3** | | | | | |
| | | | Value $       110,493.00 | | | | 140,000.00 | 29,507.00 |

Sheet **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 294,100.00 | 98,907.00 |
|---|---|

In re  **Glenn P Carver,**
     **Patricia Carver**

Case No. _____

_____,
                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3318** <br><br> **Indymac Bank** <br> **P.O. Box 4045** <br> **Kalamazoo, MI 49003-4045** | | W | **Mortgage** <br><br> **13606 Queens Harbor Drive** <br> **Jacksonville, FL 32225** <br><br> **LOT 1 UNIT 9 QUEENS HARBOR YACHT & COUNTRY CLUB** <br><br> Value $    **400,000.00** | | | | **500,000.00** | **100,000.00** |
| Account No. **0013865217** <br><br> **Litton Loan Services** <br> **P.O. Box 9010** <br> **Temecula, CA 92589-9010** | | W | **Mortgage** <br><br> **1611 East 14th Street** <br> **Jacksonville, FL 32206** <br><br> **THOMPSONS ADDN TO EAST SPRINGFIELD LOT 10 BLK 16** <br><br> Value $    **75,000.00** | | | | **65,000.00** | **0.00** |
| Account No. **xx-xxx-xxxxxx3888** <br><br> **National City Bank** <br> **P.O. Box 856153** <br> **Louisville, KY 40285-6153** | | W | **2001** <br><br> **Purchace Money Security Interest** <br><br> **1996 24' Sea Ray** <br><br> Value $    **10,000.00** | | | | **15,000.00** | **5,000.00** |
| Account No. **21500002154798074** <br><br> **SunTrust** <br> **P.O. Box 85160** <br> **Richmond, VA 23285-5166** | | W | **2004** <br><br> **2004 Mercedes C230** <br> **32,000 miles** <br><br> Value $    **14,275.00** | | | | **6,300.00** | **0.00** |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

Sheet **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **586,300.00** | **105,000.00** |
| Total <br> (Report on Summary of Schedules) | **2,335,352.00** | **428,134.00** |

.

In re    **Glenn P Carver,**
       **Patricia Carver**

Case No. _____

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re   **Glenn P Carver,**
       **Patricia Carver**

Case No. _____

                                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Internal Revenue Service**<br>**P O Box 21126**<br>**Philadelphia, PA 19114-0326** | | J | **income taxes** | | | | **23,000.00** | **0.00** | **23,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **0.00** <br> **23,000.00** | **23,000.00** |
| Total <br> (Report on Summary of Schedules) | **0.00** <br> **23,000.00** | **23,000.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Glenn P Carver,**                             Case No. _____

               **Patricia Carver**

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **22766296**<br><br>**Asset Acceptance Llc**<br>**Po Box 2036**<br>**Warren, MI 48090** | | H | | **Opened 2/01/05**<br>**Collection Sprint Pcs** | | | X | **236.00** |
| Account No. **93199030003**<br><br>**Bally Total Fitness**<br>**12440 E Imperial Hwy #30**<br>**Norwalk, CA 90650** | | W | | **Opened 9/01/89**<br>**Installment Sales Contract** | | | X | **Unknown** |
| Account No.<br><br>**Broad & Cassel**<br>**215 South Monroe Street**<br>**Tallahassee, FL 32301** | | H | | **Legal services** | | | X | **900.00** |
| Account No. **400344158975**<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | H | | **Opened 8/01/99 Last Active 5/03/08**<br>**Credit Card** | | | X | **9,344.00** |
| | | | | | | Subtotal<br>(Total of this page) | | **10,480.00** |

__6__ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 S/N:24201-080523    Best Case Bankruptcy

In re  **Glenn P Carver,**
       **Patricia Carver**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **4003-4415-8975-9906** <br><br> **Capital One Bank** <br> **P.O. Box 650007** <br> **Dallas, TX 75265-0007** | | W | | | | **Credit card purchases** | | | X | **9,400.00** |
| Account No. **451371111** <br><br> **Claims Tracing Servi** <br> **3545 1 St Johns Bluff Rd S** <br> **Suite 317** <br> **Jacksonville, FL 32224** | | W | | | | **Opened 12/01/06  Last Active  6/01/06** <br> **Collection Family Care Cen** | | | X | **0.00** |
| Account No. **2009701** <br><br> **Consolidated Recover** <br> **425 West Fifth Avenue** <br> **Suite 103** <br> **Escondido, CA 92025-4843** | | W | | | | **Opened 12/01/01  Last Active 10/01/01** <br> **Collection Cardservice Int** | | | X | **451.00** |
| Account No. **10733264** <br><br> **Fac/Nab** <br> **480 James Robertson Pkwy** <br> **Nashville, TN 37219** | | H | | | | **Opened  1/01/08  Last Active  9/01/06** <br> **Collection Attorney Plaza Surgery Center** | | | X | **88.00** |
| Account No. **D1191460339** <br><br> **Fidelty Info Corp** <br> **Po Box 100** <br> **Pacific Palisades, CA 90272** | | J | | | | **Opened 10/01/07  Last Active  6/01/07** <br> **Collection Attorney Aggressive Lending** | | | X | **15,700.00** |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,639.00**

In re    **Glenn P Carver,**                              Case No. _____
        **Patricia Carver**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4869557056080071**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | H | Opened 7/01/06 Last Active 4/03/08<br>Credit Card | | | X | 43.00 |
| Account No. **407156606000**<br><br>**First Usa**<br>**800 Brooksedge Blv**<br>**Westerville, OH 43081** | | H | Opened 12/23/93 Last Active 8/31/03<br>CreditCard | | | X | 0.00 |
| Account No. **4071 5660xxxx**<br><br>**First USA Bank**<br>**800 Brooksedge Blvd.**<br>**Mailstop OH1-0552**<br>**Westerville, OH 43081-2895** | | H | Credit card purchases | | | X | 0.00 |
| Account No. **528630704278**<br><br>**First Usa Bank**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | H | Opened 4/01/92 Last Active 10/05/93<br>Credit Card | | | X | 0.00 |
| Account No. **801526129**<br><br>**Focus Receivables Management**<br>**1130 Northchase Parkway**<br>**Suite 150**<br>**Marietta, GA 30067** | | H | Collections | | | X | 2,610.00 |

Sheet no. \_\_**2**\_\_\_ of \_\_**6**\_\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal       **2,653.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Glenn P Carver,**
**Patricia Carver**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 543362451569 Fst Premier 3820 N Louise Ave Sioux Falls, SD 57117 | | H | Opened 2/17/99 Last Active 3/07/05 Credit Card | | | X | 0.00 |
| Account No. 601176610054 Gtwy/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | W | Opened 5/01/99 Last Active 2/01/03 Combined Credit Plan | | | X | 0.00 |
| Account No. 5588-8000-0443-7424 Home Depot P.O. Box 6925 The Lakes, NV 88901-6925 | | W | Credit card purchases | | | X | 11,494.00 |
| Account No. 6035 3200 7114 0550 Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | J | Credit card purchases | | | X | 8,365.00 |
| Account No. 5489555117796054 Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | H | Opened 7/01/06 Last Active 4/04/08 CreditCard | | | X | 238.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **20,097.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Glenn P Carver,**             Case No. _____

       **Patricia Carver**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **06-CA 1818 S** | | | | 12/3/07 final judgment | | | | |
| **Leslie Anderson, et al** **c/o T Martin Knopes** **P O Box 727** **Crestview, FL 32536** | | W | | | | | X | |
| | | | | | | | | 220,000.00 |
| Account No. **4254 4827 0051 xxxx** | | | | collection account | | | | |
| **LVNV Funding LLC** **P O Box 10585** **Greenville, SC 29603-0585** | | H | | | | | X | |
| | | | | | | | | 14,239.00 |
| Account No. **4254482700514966** | | | | Last Active  8/01/01 | | | | |
| **Lvnvfundg** **Po Box 10584** **Greenville, SC 29603** | | H | | | | | X | |
| | | | | | | | | 14,239.00 |
| Account No. **117141667** | | | | Final Judgment | | | | |
| **Providian National Bank** **c/o 711 N Liberty Street** **Jacksonville, FL 32202** | | H | | | | | X | |
| | | | | | | | | 10,000.00 |
| Account No. | | | | Homeowner's Association | | | | |
| **Queen's Harbor Yacht &** **c/o Patterson & Anderson,** **3010 South Third Street** **Jacksonville Beach, FL 32250** | | J | | | | | X | |
| | | | | | | | | 1,927.95 |

Sheet no. __4__ of __6__ sheets attached to Schedule of           Subtotal

Creditors Holding Unsecured Nonpriority Claims        (Total of this page)      **260,405.95**

In re **Glenn P Carver,**                Case No. _____
     **Patricia Carver**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **545315100207** <br><br>**Sterling Bank & Trust** <br>**1 Towne Sq Fl 17** <br>**Southfield, MI 48076** | H | | **Opened 1/01/96 Last Active 8/01/99** <br>**CreditCard** | | | X | 0.00 |
| Account No. **6035320071140550** <br><br>**Thd/Cbsd** <br>**Po Box 6497** <br>**Sioux Falls, SD 57117** | W | | **Opened 2/01/02 Last Active 4/01/08** <br>**Charge Account** | | | X | 8,775.00 |
| Account No. <br><br>**Unifund CCR Partners** <br>**10625 Techwood Circle** <br>**Cincinnati, OH 45242-2846** | H | | **Open Account** | | | X | 16,975.00 |
| Account No. **FIRST-71566060000102** <br><br>**Unifund Co** <br>**10751 Montgomery Road** <br>**Cincinnati, OH 45242** | H | | **Opened 12/01/05 Last Active 10/01/03** | | | X | 16,975.00 |
| Account No. **4190-0043-5244-7241** <br><br>**US BANK** <br>**P.O. Box 790408** <br>**Saint Louis, MO 63179-0408** | W | | **Credit card purchases** | | | X | 14,759.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **57,484.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Glenn P Carver,**
       **Patricia Carver**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **419008771964** <br><br> **Us Bank** <br> **Cb Disputes** <br> **Saint Louis, MO 63166** | | W | | Opened 2/01/94 Last Active 10/01/98 <br> Credit Card | | | X | **Unknown** |
| Account No. **4190004352447241** <br><br> **Us Bank/Na Nd** <br> **4325 17th Ave S** <br> **Fargo, ND 58125** | | H | | Opened 8/01/01 Last Active 4/04/08 <br> Credit Card | | | X | **14,758.00** |
| Account No. **4254 4827 0051** <br><br> **Washington Mut/Providian** <br> **c/o LVNV Funding LLC** <br> **P O Box 10584** <br> **Greenville, SC 29603-0584** | | H | | Credit card purchases | | | X | **0.00** |
| Account No. **2700514966** <br><br> **Washmtl/Prov** <br> **Po Box 9180** <br> **Pleasanton, CA 94588** | | H | | Opened 8/12/98 Last Active 12/17/03 <br> Credit Card | | | X | **0.00** |
| Account No. | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)    **14,758.00**

Total <br> (Report on Summary of Schedules)    **391,516.95**

In re    **Glenn P Carver,**
       **Patricia Carver**

Case No. _____

_____ ,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Glenn P Carver,**                                         Case No. _____

            **Patricia Carver**

_____,
                                 Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

In re **Glenn P Carver**
**Patricia Carver**
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Property Appraiser** | **Occupational Therapist** |
| Name of Employer | **Self Employment --- Appraisal Associates** | **Home Care Advantage** |
| How long employed | **5 years** | **7 months** |
| Address of Employer | **4556 Sable Ct** **Jacksonville, FL 32277** | **1512 Montana Avenue** **Jacksonville, FL 32207** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **1,500.00** | $ | **4,800.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **1,500.00** | $ | **4,800.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ | **677.52** |
|    b. Insurance | $ | **0.00** | $ | **40.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify)   **See Detailed Income Attachment** | $ | **575.00** | $ | **280.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **575.00** | $ | **997.52** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **925.00** | $ | **3,802.48** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify):   **See Detailed Income Attachment** | $ | **1,196.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,196.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,121.00** | $ | **3,802.48** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **5,923.48** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re    **Glenn P Carver**
         **Patricia Carver**                                        Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **Gas Expense** | $ **400.00** | $ **0.00** |
| **Phone** | $ **125.00** | $ **0.00** |
| **Utilties** | $ **25.00** | $ **0.00** |
| **Office Supplies** | $ **25.00** | $ **0.00** |
| **Life Insurance** | $ **0.00** | $ **40.00** |
| **401(k)** | $ **0.00** | $ **240.00** |
| **Total Other Payroll Deductions** | $ **575.00** | $ **280.00** |

**Social Security or other government assistance:**

| | | |
|---|---|---|
| **Retirement from Sears Pension Account** | $ **110.00** | $ **0.00** |
| **Social Secuity** | $ **936.00** | $ **0.00** |
| **WFG Residuals** | $ **150.00** | $ **0.00** |
| **Total Social Security or other government assistance** | $ **1,196.00** | $ **0.00** |

In re   **Glenn P Carver**
        **Patricia Carver**                                         Case No.  _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,700.00 |
| a. Are real estate taxes included?      Yes **X**      No ___ | | |
| b. Is property insurance included?      Yes **X**      No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 160.00 |
|               b. Water and sewer | $ | 120.00 |
|               c. Telephone | $ | 150.00 |
|               d. Other  **See Detailed Expense Attachment** | $ | 235.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 300.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 0.00 |
|               b. Life | $ | 0.00 |
|               c. Health | $ | 0.00 |
|               d. Auto | $ | 260.00 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)  **Rental Income Taxes** | $ | 200.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 595.00 |
|               b. Other  **vehicle # 2** | $ | 500.00 |
|               c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Expenses related to rental houses** | $ | 500.00 |
|     Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,480.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,923.48 |
| b.   Average monthly expenses from Line 18 above | $ | 6,480.00 |
| c.   Monthly net income (a. minus b.) | $ | -556.52 |

In re   **Glenn P Carver**
**Patricia Carver**        Case No. _____

Debtor(s)

## <u>SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

**<u>Other Utility Expenditures:</u>**

| | | |
|---|---|---:|
| cell phone | $ | 170.00 |
| cable | $ | 65.00 |
| **Total Other Utility Expenditures** | $ | **235.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Glenn P Carver**
      **Patricia Carver**

                     Debtor(s)

Case No. _____

Chapter   **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **31** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 5, 2008** _____

Signature    **/s/ Glenn P Carver** _____
               **Glenn P Carver**
               Debtor

Date   **June 5, 2008** _____

Signature    **/s/ Patricia Carver** _____
               **Patricia Carver**
               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Glenn P Carver**
        **Patricia Carver** _____    Case No. _____

                                          Debtor(s)         Chapter    **11** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$72,000.00** | **Wife 2006 Wages** |
| **$65,936.24** | **Wife 2007 Wages** |
| **$18,338.00** | **Wife 2008 Wages YTD** |
| **$232,910.00** | **2006 Husband Gross Receipts (Appraisal Associates)** |
| **$60,700.00** | **2007 Husband Gross Receipts (Appraisal Associates)** |
| **$3,200.00** | **2008 YTD Husband Gross Receipts (Appraisal Associates)** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$74.00** | **2006 Husband Interest Divdends** |
| **$11,721.00** | **2006 Husband Social Security** |
| **$1,327.00** | **2006 Husband Pension** |
| **$22.00** | **2007 Husband Interest and Divdends** |
| **$10,980.00** | **2007 Husband Social Security** |
| **$1,327.00** | **2007 Husband Pension** |
| **$4,680.00** | **2008 Husband Social Secuity YTD** |
| **$550.00** | **2008 Husband Pension YTD** |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Carmax** | | **$1,510.36** | **$18,900.00** |
| **Queens Harbor Yacht Country Club** | | **$1,700.00** | **$0.00** |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Craig Johnson v. Patricia Carver 16-2007-CA-8378** | **Forclosure** | **Circuit Court Duval County Florida** | **Past Summary Judgment** |
| **Indymac Bank, FSB v. Patricia Carver, et. al. 2008 CA 003082** | **Forclosure** | **Circuit Court Duval County, Florida** | **Complaint Served** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Craig Johnson c/o Sidney E. Lewis, Esq. 300 W. Adams Street Suite 300 Jacksonville, FL 32202** | | **Real property located at 2012 Buckman Street, Jacksonville, Florida 32206** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Mickler & Mickler**<br>**5452 Arlington Expressway**<br>**Jacksonville, FL 32211** | **4/08 and 5/08** | **$4950.00 fees/ $1039 costs/**<br>**$50.00 credit counseling** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **Duval Jax Properties, LLC**<br>**4556 Cape Sable Ct**<br>**Jacksonville, FL 32277**<br>**Beneficiaries** | **April 27, 2007** | **Lot 1, of Queens Harbour Yacht and Country Club Unite Nine** |
| **Duval-Jax Properties, LLC**<br>**4556 Cape Sable Ct.**<br>**Jacksonville, FL 32277**<br>**Benificiaries** | **April 27, 2007** | **Real property located at 4556 Cape Sable Ct., Jacksonville, Florida 32277** |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Wachovia Bank** | **Business High Performance Money Market Account** <br> **Account No. 20000 \*\*\*\*\*\*\*\*\*\*** <br> **final balance:  App. $800.00** | |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Appraisal Associates** | **5704** | **4556 Cape Sable Ct Jacksonville, FL 32277** | **Residential/Commercial Real Estate Appraisals** | **2003** |
| **Alpine Construction LLC** | **8021** | **Inactive Jacksonville, FL** | **Property rehabilitation** | **2005-2006** |
| **Duval-Jax LLC** | **8089** | **4556 Cape Sable Ct. Jacksonville, FL 32277** | **Real Estate Trustee** | **2004 - present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                         DATES SERVICES RENDERED

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                      DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                         ADDRESS
**Debtors only**

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                        DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY              INVENTORY SUPERVISOR              (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                        RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                      PERCENTAGE OF INTEREST

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June  5, 2008**          Signature  **/s/ Glenn P Carver**
                            **Glenn P Carver**
                            Debtor

Date  **June  5, 2008**          Signature  **/s/ Patricia Carver**
                            **Patricia Carver**
                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## **Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### **Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Brett A. Mearkle 644706 | X /s/ Brett A. Mearkle | June 5, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**5452 Arlington Epressway**
**Jacksonivlle, FL 32211**
**904-725-0822**

### **Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Glenn P Carver Patricia Carver | X /s/ Glenn P Carver | June 5, 2008 |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Patricia Carver | June 5, 2008 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Glenn P Carver**
     **Patricia Carver**                                 Case No. _____

                                         Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **June  5, 2008**                     **/s/ Glenn P Carver**
                                                **Glenn P Carver**
                                                  Signature of Debtor

Date:    **June  5, 2008**                     **/s/ Patricia Carver**
                                                  **Patricia Carver**
                                                  Signature of Debtor

Glenn P Carver
4556 Cape Sable Court
Jacksonville, FL 32277

Patricia Carver
4556 Cape Sable Court
Jacksonville, FL 32277

Brett A. Mearkle
Mickler & Mickler
5452 Arlington Epressway
Jacksonivlle, FL 32211

ASC
P.O. Box 1225
Charlotte, NC 28201-1225

ASC
P.O. Box 1225
Charlotte, NC 28201-1225

ASC
P.O. Box 1225
Charlotte, NC 28201-1225

ASC
P.O. Box 1225
Charlotte, NC 28201-1225

Asset Acceptance Llc
Po Box 2036
Warren, MI 48090

Aurora Loan Services
10350 Park Meadows Dr St
Littleton, CO 80124

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

Bally Total Fitness
12440 E Imperial Hwy #30
Norwalk, CA 90650

Broad & Cassel
215 South Monroe Street
Tallahassee, FL 32301

Cap One
Po Box 85520
Richmond, VA 23285

Capital One Bank
P.O. Box 650007
Dallas, TX 75265-0007

Car Max
P.O. Box 3174
Milwaukee, WI 53201-3174

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871

Claims Tracing Servi
3545 1 St Johns Bluff Rd S
Suite 317
Jacksonville, FL 32224

Compass Bank
P.O. Box 10964
Birmingham, AL 35202-0964

Consolidated Recover
425 West Fifth Avenue
Suite 103
Escondido, CA 92025-4843

Craig Johnson
c/o Sidney E. Lewis, Esq.
300 W. Adams Street
Suite 300
Jacksonville, FL 32202

Craig Johnson
c/o Sidney E. Lewis, Esq.
300 W. Adams Street
Suite 300
Jacksonville, FL 32202

EMC Mortgage
P.O. Box 660753
Dallas, TX 75266-0753

EMC Mortgage
P.O. Box 660753
Dallas, TX 75266-0753

Gtwy/Cbsd
Po Box 6497
Sioux Falls, SD 57117

LVNV Funding LLC
P O Box 10585
Greenville, SC 29603-0585

Fac/Nab
480 James Robertson Pkwy
Nashville, TN 37219

Home Depot
P.O. Box 6925
The Lakes, NV 88901-6925

Lvnvfundg
Po Box 10584
Greenville, SC 29603

Fidelty Info Corp
Po Box 100
Pacific Palisades, CA 90272

Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

National City Bank
P.O. Box 856153
Louisville, KY 40285-6153

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Homecomings FInancial
P.O. Box 9001719
Louisville, KY 40290-1719

Providian National Bank
c/o 711 N Liberty Street
Jacksonville, FL 32202

First Usa
800 Brooksedge Blv
Westerville, OH 43081

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Queen's Harbor Yacht &
c/o Patterson & Anderson,
3010 South Third Street
Jacksonville Beach, FL 32250

First USA Bank
800 Brooksedge Blvd.
Mailstop OH1-0552
Westerville, OH 43081-2895

Indymac Bank
P.O. Box 4045
Kalamazoo, MI 49003-4045

Ron G. Rice, Jr.
Kahane & Associates
1815 Griffin Road, Suite 104
Dania, FL 33004

First Usa Bank
800 Brooksedge Blvd
Westerville, OH 43081

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0326

Sterling Bank & Trust
1 Towne Sq Fl 17
Southfield, MI 48076

Focus Receivables Management
1130 Northchase Parkway
Suite 150
Marietta, GA 30067

Leslie Anderson, et al
c/o T Martin Knopes
P O Box 727
Crestview, FL 32536

SunTrust
P.O. Box 85160
Richmond, VA 23285-5166

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57117

Litton Loan Services
P.O. Box 9010
Temecula, CA 92589-9010

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Unifund  CCR  Partners
10625 Techwood  Circle
Cincinnati, OH 45242-2846


Unifund  Co
10751 Montgomery  Road
Cincinnati, OH 45242


US  BANK
P.O.  Box  790408
Saint Louis, MO 63179-0408


Us  Bank
Cb  Disputes
Saint Louis, MO 63166


Us  Bank/Na  Nd
4325 17th  Ave  S
Fargo, ND 58125


Washington  Mut/Providian
c/o  LVNV  Funding  LLC
P  O  Box  10584
Greenville, SC 29603-0584


Washmtl/Prov
Po  Box  9180
Pleasanton, CA 94588

# United States Bankruptcy Court
## Middle District of Florida

In re    **Glenn P Carver**
       **Patricia Carver**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 4,950.00 |
| Balance Due | $ | 10,050.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 5, 2008**

**/s/ Brett A. Mearkle**
**Brett A. Mearkle 644706**
**Mickler & Mickler**
**5452 Arlington Epressway**
**Jacksonivlle, FL 32211**
**904-725-0822 Fax: 904-725-0855**
**court@planlaw.com**

---

In re   **Glenn P Carver**
    **Patricia Carver**
_____
             Debtor(s)

Case Number:   _____
             (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 4,800.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 640.00 / Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 575.00 / Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $ 65.00 | $ 0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00 / Spouse $ 9,975.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00 / Spouse $ 14,135.00<br>c. Rent and other real property income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | $ 274.40 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 / Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. Debtor $ / Spouse $<br>b. Debtor $ / Spouse $ | $ 0.00 | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $ 339.40 | $ 4,800.00 |

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ **5,139.40** |
|---|---|---|

| | **Part II. VERIFICATION** | |
|---|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* | |

Date: __June  5, 2008__          Signature: __/s/ Glenn P Carver__
                                                            **Glenn P Carver**
                                                            (Debtor)

Date: __June  5, 2008__          Signature __/s/ Patricia Carver__
                                                            **Patricia Carver**
                                                            (Joint Debtor, if any)

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **12/01/2007** to **05/31/2008**.

**Line 3 - Income from operation of a business, profession, or farm**
Source of Income: **Self Employment**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 12/2007 | $640.00 | $575.00 | $65.00 |
| 5 Months Ago: | 01/2008 | $640.00 | $575.00 | $65.00 |
| 4 Months Ago: | 02/2008 | $640.00 | $575.00 | $65.00 |
| 3 Months Ago: | 03/2008 | $640.00 | $575.00 | $65.00 |
| 2 Months Ago: | 04/2008 | $640.00 | $575.00 | $65.00 |
| Last Month: | 05/2008 | $640.00 | $575.00 | $65.00 |
| | Average per month: | $640.00 | $575.00 | |
| | | | Average Monthly NET Income: | $65.00 |

**Line 6 - Pension and retirement income**
Source of Income: **Pension**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 12/2007 | $274.40 |
| 5 Months Ago: | 01/2008 | $274.40 |
| 4 Months Ago: | 02/2008 | $274.40 |
| 3 Months Ago: | 03/2008 | $274.40 |
| 2 Months Ago: | 04/2008 | $274.40 |
| Last Month: | 05/2008 | $274.40 |
| | Average per month: | $274.40 |

**Non-CMI - Social Security Act Income**
Source of Income: **Social Secuity Income**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 12/2007 | $936.00 |
| 5 Months Ago: | 01/2008 | $936.00 |
| 4 Months Ago: | 02/2008 | $936.00 |
| 3 Months Ago: | 03/2008 | $936.00 |
| 2 Months Ago: | 04/2008 | $936.00 |
| Last Month: | 05/2008 | $936.00 |
| | Average per month: | $936.00 |

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **12/01/2007** to **05/31/2008**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Income from Employment**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 12/2007 | $4,800.00 |
| 5 Months Ago: | 01/2008 | $4,800.00 |
| 4 Months Ago: | 02/2008 | $4,800.00 |
| 3 Months Ago: | 03/2008 | $4,800.00 |
| 2 Months Ago: | 04/2008 | $4,800.00 |
| Last Month: | 05/2008 | $4,800.00 |
| | Average per month: | $4,800.00 |

**Line 4 - Rent and other real property income**
Source of Income: **rent**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 12/2007 | $9,975.00 | $14,135.00 | $-4,160.00 |
| 5 Months Ago: | 01/2008 | $9,975.00 | $14,135.00 | $-4,160.00 |
| 4 Months Ago: | 02/2008 | $9,975.00 | $14,135.00 | $-4,160.00 |
| 3 Months Ago: | 03/2008 | $9,975.00 | $14,135.00 | $-4,160.00 |
| 2 Months Ago: | 04/2008 | $9,975.00 | $14,135.00 | $-4,160.00 |
| Last Month: | 05/2008 | $9,975.00 | $14,135.00 | $-4,160.00 |
| | Average per month: | $9,975.00 | $14,135.00 | |
| | | | Average Monthly NET Income: | $-4,160.00 |